UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-073** |
| v. | * | **SECTION: "B"** |
| **ELNOR WILLIAMS** | * | |
| | * | |

## **O R D E R**

Considering plaintiff, the United States of America's ("United States"), motion to enroll additional counsel of record:

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED.** The Clerk of Court is **ORDERED** to enroll Assistant United States Attorney Peter M. Mansfield as additional counsel of record for the United States in the above-captioned proceedings.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA